[No. 15507-5-I. Division One. July 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. SHERRIE
MARIE DINGMAN, *Defendant*, MICHAEL SHAWN
MCALPINE, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 82-1-00311-8, Marshall Forrest, J., entered September 19, 1984. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Swanson and Webster, JJ.

[No. 15108-8-I. Division One. July 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v.
MIKE GAVIN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-1-00264-8, Robert E. Dixon, J., entered June 28, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Swanson, J.

[No. 14134-1-I. Division One. July 30, 1986.]

B. NEIL BLACK, *Appellant*, v. DONALD W. GUERNSEY,
ET AL, *Defendants*, TERRENCE KELLOGG,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 83-2-00873-5, James D. McCutcheon, Jr., J., entered November 22, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Coleman and Grosse, JJ.